[No. 38541-4-II.   Division Two.   April 27, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW AARON
SCHMIDT, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 08-1-00002-5, James E. Warme, J., entered No-
vember 4, 2008. *Affirmed* by unpublished opinion per Quinn-
Brintnall, J., concurred in by Bridgewater and Hunt, JJ.

[No. 38644-5-II.   Division Two.   April 27, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DEXTER LAMAR
PETRIE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 07-1-05117-3, John R. Hickman, J., entered De-
cember 4, 2008. *Affirmed* by unpublished opinion per Bridge-
water, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 38723-9-II.   Division Two.   April 27, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. HOWARD GAIL
GUTENDORF, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 07-1-01294-0, Robert L. Harris, J., entered
January 6, 2009. *Affirmed* by unpublished opinion per Van
Deren, C.J., concurred in by Armstrong and Penoyar, JJ.

[No. 27890-5-III.   Division Three.   April 27, 2010.]

STUART DAGG ET AL., *Appellants*, v. MILLER, DEVLIN &
MCLEAN, PS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 07-2-00597-2, David Frazier, J. Pro Tem.,
entered February 11, 2009. *Affirmed* by unpublished opin-
ion per Kulik, C.J., concurred in by Sweeney and Brown, JJ.